IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : | CIVIL ACTION |
| | : | |
| | : | No. 06-2274 |
| v. | : | |
| | : | |
| FREDERICK W. ANTON, III | : | |

## **ORDER**

AND NOW, this 23rd day of April, 2009, judgment is entered in favor of Defendant Frederick W. Anton, III, and against Plaintiff Securities and Exchange Commission.

BY THE COURT:

_/s/ Juan R. Sánchez_
Juan R. Sánchez, J.